IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:16-CR-312 (MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| | ) | Violations:  21 U.S.C. §§ 841(a)(1) |
| **JUSTIN W. MAY,** | ) | [Manufacture of a Controlled |
| | ) | Substance] |
| **Defendant.** | ) | 18 U.S.C. § 924(c) [Possession |
| | ) | of a Firearm in Furtherance of |
| | ) | a Drug Trafficking Crime] |
| | ) | 2 Counts |
| | ) | |
| | ) | County of Offense:  Saratoga |

### THE GRAND JURY CHARGES:

### COUNT 1
### [Manufacture of Marijuana]

On or about April 12, 2016, in Saratoga County, in the Northern District of New York, defendant **JUSTIN W. MAY,** knowingly and intentionally manufactured a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

### COUNT 2
### [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about April 12, 2016, in Saratoga County, in the Northern District of New York, defendant **JUSTIN W. MAY,** in furtherance of a drug trafficking crime for which he could have been prosecuted in a court of the United States, that is manufacture of a controlled substance, marijuana, in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed one or more firearms, specifically a Remington, model 870 Express, 12 gauge pump-action

shotgun, serial number W552899M, a Century Arms, model 7.62x39mm semi-automatic rifle, serial number 425169, a Stevens Arms double barrel 12 gauge shotgun, serial number 54282, an AR-15 style semi-automatic rifle, a Ruger, model SR45, .45 caliber semi-automatic pistol, serial number 380-6355, and a Ruger, model SR22P, .22 caliber semi-automatic pistol, serial number 363-78992, in violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(A)(i).

Dated:   October 19, 2016

A TRUE BILL,   **name redacted**

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: Jeffrey C. Coffman
Assistant United States Attorney
Bar Roll No. 517969